Presented by:
V. James DeSimone, SBN 119668
vjdesimone@gmail.com
Michael D. Seplow, SBN 150183
mseplow@gmail.com
Amanda R. Canning, SBN 245634
acanning@sdshh.com
SCHONBRUN DESIMONE SEPLOW
HARRIS HOFFMAN & HARRISON LLP
723 Ocean Front Walk
Venice, California 90291
Telephone: (310) 396-0731
Fax: (310) 399-7040

Attorneys for Plaintiff
J. Paul Charlebois

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. PAUL CHARLEBOIS, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELS BASEBALL LP, CITY OF ANAHEIM, and DOES 1 THROUGH 10 inclusive,<br><br>Defendants. | NO. SACV10-853-DOC (ANx)<br><br>Assigned to the Honorable David O. Carter<br><br>[PROPOSED] ORDER RE MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT |

This matter came before the Court on April 10, 2012, for final approval of the Settlement. The Court has fully reviewed Plaintiff's Motion for Preliminary Approval of Class Action Settlement Agreement; (2) the Class Notice and Method for Distribution of Notice; (3) the March 28, 2012 Status Report re Motion for Final Approval, including the Notice distributed to Class Members, as well as the (4) Memorandum of Points and Authorities, the Memorandum of Agreement, and all other supporting documents filed in connection with the Motion for Preliminary Approval and all other documents filed in this case. In accordance with the Preliminary Approval Order, Class Members have been given notice of the terms of the Settlement and the opportunity to object to it. There have been no objections to the proposed Settlement.

Having received and considered the Settlement, the supporting papers filed by the parties, and the evidence received by the Court in connection with the preliminary approval motion and the final approval hearing on April 10, 2012, the Court grants final approval of the accommodations provisions of the Settlement between Plaintiff and Defendant Angeles Baseball LP ("Angeles Baseball"), and HEREBY ORDERS and MAKES DETERMINATIONS as follows:

(1) Pursuant to the Federal Rules of Civil Procedure and due process, the Court hereby finally approves the accommodations provisions of the Settlement which provide as follows:

• Wheelchair accessible and companion seats in the Diamond Club, the area closest to the playing field at Angel Stadium behind home plate, will be sold at a rate of $50.00 per ticket (discounted from the previous rate of $150.00 per ticket) to those who pre-qualify as wheelchair users and any future ticket increases will have to be proportionate to the average ticket increase in the Club Level;

• In order to purchase the discounted Diamond Club tickets, written documentation verifying the ticket purchaser's need for use of a wheelchair,

and anticipated duration of need for a wheelchair must be submitted to the Angels Ticket Office (either via email, facsimile or in person; provided, however, if the written documentation is submitted on-line or via email or facsimile, then the purchaser must present the written documentation in-person, one time only, when the tickets are picked up at the Angels Ticket Office Will-Call window).

- Two additional wheelchair accessible and companion seats will be added within the current configuration of the Diamond Club. All seating in the Diamond Club will provide in-seat dining service;

- Angels Baseball will add in-seat food and beverage service, similar to that provided on the Club level, to thirty two wheelchair accessible plus thirty two existing companion seats on the Terrace Level;

- Angels Baseball will add an additional four wheelchair accessible seats and four companion seats to the Knothole Club which is on the Club Level;

- All wheelchair accessible seating, including the discounted Diamond Club seats, will be sold directly on-line; and

- All wheelchair accessible and companion seating, aside from the Diamond club seats, will remain the same for the 2012 season (as reflected in Angel Baseball SSH ADA price schedule). If the Angels increase the ticket pricing in future seasons, then prices for wheelchair accessible seating may be increased in a commensurate manner, but not at any rate proportionally higher than non-wheelchair accessible seating in a comparable section.

- Angels Baseball will train, in conjunction with the Disability Legal Rights Center all of its ushers, ticket sales and customer service representatives, regarding wheelchair accessible seating and pricing options, including information concerning the location of wheelchair accessible seating with in-seat food and beverage services.

(2)  The Court finds that such Settlement is, in all respects, fair, reasonable

2.

and adequate to the Class and that the Settlement is ordered finally approved, and that all of the above terms and provisions of the Settlement should be and hereby are ordered to be consummated.

(3) The Court further finds that the Settlement set forth therein was entered into in good faith following arms-length negotiations and is non-collusive.

(4) The Court finds that the Notice provided to Class Members was the best notice practicable under the circumstances of these proceedings and of matters set forth herein, and that the Notice fully satisfies the requirements of the Federal Rules of Civil Procedure, due process and any other applicable laws.

(5) There have been no objections to the Settlement.

Any court order regarding the application for Class Counsel's attorneys' fees and Plaintiffs' enhancement awards shall in no way disturb or affect this Order and shall be considered separate from this Order.

Without affecting the finality of this Order in any way, this Court hereby retains continuing jurisdiction over the interpretation, implementation and enforcement of the Settlement.

IT IS SO ORDERED.

Dated: April 13, 2012

_David O. Carter_

Hon. David O. Carter