Presented by:
V. James DeSimone, SBN 119668
vjdesimone@gmail.com
Michael D. Seplow, SBN 150183
mseplow@gmail.com
Amanda R. Canning, SBN 245634
acanning@sdshh.com
SCHONBRUN DESIMONE SEPLOW
HARRIS HOFFMAN & HARRISON LLP
723 Ocean Front Walk
Venice, California 90291
Telephone:  (310) 396-0731
Fax:  (310) 399-7040

Attorneys for Plaintiff
J. Paul Charlebois

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. PAUL CHARLEBOIS, an individual and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>ANGELS BASEBALL LP, CITY OF ANAHEIM, and DOES 1 THROUGH 10 inclusive,<br><br>                    Defendants. | NO.  SACV10-853-DOC (ANx)<br><br>Assigned to the Honorable David O. Carter<br><br>**JUDGMENT ON ORDERS ISSUED ON APRIL 13, 2012 AND MAY 30, 2012** |

On April 13, 2012 this Court heard argument on Plaintiff's Motion for Final Approval of the accommodations provisions of the class action settlement. On May 14, 2012, this Court also heard argument on Plaintiff's Motion for an Award of Attorneys' Fees, Costs, and Enhancement Fee. Having considered the briefing and oral arguments of the parties on both motions, the court issued orders dated April 13, 2012, in which this Court granted final approval of the accommodations provisions of the class action settlement, and May 30, 2012, in which this court granted Plaintiff's motion for an award of attorneys' fees, costs, and enhancement fee.

It is hereby ordered, adjudged and decreed that Judgment be entered pursuant to the terms set forth in both the April 13, 2012 order, granting final approval of the accommodations provisions of the class action settlement, and the May 30, 2012 order, granting Plaintiff's motion for an award of attorneys' fees, costs, and enhancement fee. Attorneys' fees and costs in the amount of $725,000 shall be paid to Attorneys for the Plaintiff and an enhancement fee in the amount of $18,000 shall be paid to Plaintiff and his Attorneys by Defendant Angels Baseball LLP, with interest at the legal rate to accrue as of May 30, 2012.

Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over the interpretation, implementation and enforcement of the Settlement.

Dated: June 19, 2012

_David O. Carter_

Hon. David O. Carter
United States District Judge

1.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2.